[No. 61172-1-I.   Division One.   January 26, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. A.S., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 07-8-04148-8, Carol A. Schapira, J., entered January 14, 2008. *Affirmed* by unpublished per curiam opinion.

[No. 61216-6-I.   Division One.   January 26, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. DONALD DUCHENE, *Appellant*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 07-1-01095-8, Steven J. Mura, J., entered January 31, 2008. *Affirmed in part* and *remanded* by unpublished per curiam opinion.

[No. 61251-4-I.   Division One.   January 26, 2009.]

JAMES MULLINS, *Appellant*, v. FISHER COMPANIES, INC., *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 07-2-07921-1, James D. Cayce, J., entered January 15, 2008. *Affirmed* by unpublished per curiam opinion.

[No. 61434-7-I.   Division One.   January 26, 2009.]

DENISE TAMARRA ET AL., *Respondents*, v. LOUIS L. TAMARRA ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 07-2-03278-7, Richard J. Thorpe, J., entered February 20, 2008. *Affirmed* by unpublished per curiam opinion.